No. 84. SANTIAGO UMPIERRE & Co. *v.* WENAR.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 23, 1905. *Mr. Juan Guzmán Benítez,* for petitioner; *Mr. Call,* for adverse party.

---

No. 56. MACFIE *v.* CARPPROW ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the ground of noncompliance with the provisions of sections 50 and 54 of the Regulations. Decided October 23, 1905. The motion was allowed and the appeal dismissed. *Mr. Hawkins,* for petitioner.

---

No. 79. ESTATE OF DÍAZ *v.* JOSÉ AVALO SÁNCHEZ, in involuntary insolvency.—Appeal from the District Court of San Juan. Motion to dismiss an appeal taken from an order of the lower court denying the transfer of the action of the United States District Court. Decided October 30, 1905. The motion was allowed and the appeal dismissed. *Mr. Hord,* for petitioner; *Mr. José Guzmán Benítez,* for adverse party.

---

No. 107. MORA *v.* R. VALLECILLA HERMANOS AND CO.—Appeal from the District Court of Ponce. Motion to dismiss the appeal, on the ground of noncompliance with the provisions of sections 299 of the Code of Civil Procedure and 50 and 54 of the Regulations. Decided October 30, 1905. The motion was allowed and the appeal dismissed. *Mr. Rodríguez,* for petitioner; *Mr. Llorens,* for adverse party.

---

No. 32. GAUDIER *v.* FRANCO.—Appeal from the District Court of Mayagüez. Decided November 3, 1905. Withdrawn on motion of the appellant. *Mr. Robbins,* for appellant.

---

No. 110. CALOCA *v.* VILASECA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the